IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

RICHARD McMASTER, an individual,

                        Plaintiff,

    v.

NORTH IDAHO HEALTH NETWORK, INC., an Idaho corporation,

                        Defendant.

NO. 2:12-cv-00512-BLW

STIPULATED ORDER OF DISMISSAL

THIS MATTER having come on for hearing in open court on stipulation of the parties and it appearing to the Court that all matters in controversy herein have been fully compromised and settled, and the Court being fully advised of the matter and basis for dismissal.

IT IS HEREBY ORDERED that this action be and the same is hereby dismissed with prejudice and without attorney's fees or costs to either party.  The Clerk is directed to close this case.



DATED: October 28, 2013

B. Lynn Winmill  
Chief Judge  
United States District Court

STIPULATED ORDER OF DISMISSAL:  1

LAW OFFICES OF  
**LUKINS & ANNIS, PS**  
A PROFESSIONAL SERVICE CORPORATION  
717 W Sprague Ave., Suite 1600  
Spokane, WA  99201  
Telephone: (509) 455-9555  
Fax:  (509) 747-2323

00733022.1  10/28/13