IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RICHARD McMASTER, an individual,<br><br>                              Plaintiff,<br><br>     v.<br><br>NORTH IDAHO HEALTH NETWORK, INC.,<br>an Idaho corporation,<br><br>                              Defendant. | NO. 2:12-cv-00512-BLW<br><br>STIPULATED<br>ORDER OF DISMISSAL |

     THIS MATTER having come on for hearing in open court on stipulation of the parties and it appearing to the Court that all matters in controversy herein have been fully compromised and settled, and the Court being fully advised of the matter and basis for dismissal.

     IT IS HEREBY ORDERED that this action be and the same is hereby dismissed with prejudice and without attorney's fees or costs to either party.  The Clerk is directed to close this case.



DATED: October 28, 2013

B. Lynn Winmill
Chief Judge
United States District Court

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax:  (509) 747-2323

STIPULATED ORDER
OF DISMISSAL:  1